# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCES GOODS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BAKERSFIELD POLICE ) <br> DEPARTMENT, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 1:19-cv-0662-AWI JLT <br><br> ORDER DIRECTING THE CLERK TO ISSUE NEW CIVIL CASE DOCUMENTS AND SERVICE DOCUMENTS TO PLAINTIFF <br><br> ORDER DIRECTING PLAINTIFF TO COMPLETE THE SERVICE DOCUMENTS WITHIN THIRTY DAYS |

As set forth in the Court's prior order (Doc. 6), Charles Goods has stated a cognizable claim against defendant Teri Harless in his First Amended Complaint. Mr. Goods has decided against amending his complaint further. (Doc. 7) Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to issue New Civil Case Documents in this action.
2. Service of Plaintiff's First Amended Complaint is appropriate for and shall be initiated on defendant Teri Harless.
3. The Clerk of the Court is DIRECTED to send Plaintiff one USM-285 form, one summons, one Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint filed on June 6, 2019 (Doc. 5).
4. Within **thirty days** from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.     A completed USM-285 form for the defendant identified above;

        b.     A completed summons for the defendant identified above; and

        c.     Two copies of the Complaint.

5. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. **Plaintiff is cautioned that failure to comply with this order may result in dismissal of the action pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated: **August 13, 2019**            **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE