# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCIS GOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-0662- AWI JLT<br><br>ORDER WITHDRAWING THE FINDINGS AND RECOMMENDATIONS DATED AUGUST 13, 2019 (Doc. 8)<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET IN LIGHT OF THE PLAINTIFF'S DISMISSAL OF OFFICER WALTREE, SGT. WOODS, THE BAKERSFIELD POLICE DEPARTMENT, AND THE CITY OF BAKERSFIELD AS DEFENDANTS (Doc. 12) |

Conrad Wood asserts that officers of the Bakersfield Police Department and the City of Bakersfield are liable for violations of his civil rights related to the use of excessive force against Plaintiff during his arrest. (Doc. 5 at 1)

Previously, the Court found the facts alleged were sufficient to support a claim for excessive force against Officer Teri Harless, but Plaintiff failed to allege cognizable claims against the City of Bakersfield, its police department, or Officer Waltree. (Doc. 3; Doc. 6) Plaintiff informed the Court he wishes to proceed only on the claim found cognizable. (Doc. 7) On August 13, 2019, the Court recommended the action proceed only on the claims for excessive force against Teri Harless. (Doc. 8)

On August 21, 2019, Plaintiff filed a "motion to dismiss," indicating that he was moving "the court to dismiss the complaint against Officer Waltree, Sgt. Woods, the Bakersfield Police Dept., and the City of Bakersfield." (Doc. 12 at 1) The Court construes this request for dismissal to be a notice

under Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the identified defendants had not appeared or filed an answer, the claims were automatically terminated. *Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated August 13, 2019 (Doc. 8) are withdrawn;
2. The action is CLOSED as to Officer Waltree, Sgt. Woods, the Bakersfield Police Department, and the City of Bakersfield only pursuant to Plaintiff's request under Rule 41 (Doc. 12);
3. The Clerk of Court is **DIRECTED** to update the docket and terminate the identified defendants; and
4. The action **SHALL** proceed only upon Plaintiff's claims under Section 1983 for excessive force against Teri Harless.

IT IS SO ORDERED.

Dated: **August 26, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE