1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCIS GOODS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>          Defendants. | Case No.: 1:19-cv-0662 - AWI - JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DENYING MOTION TO COMPEL<br><br>(Doc Nos.. 20, 23, 33, 34) |

Charles Francis Goods asserts Officer Teri Harless used excessive force against Plaintiff while placing him under arrest and is liable for a violation of his civil rights. See Doc. No. 5. Currently pending before the Court are motions to revoke Plaintiff's in forma pauperis status and motion to compel Plaintiff to file Rule 26 disclosures. See Doc. Nos. 20, 33.

Also currently pending are two Findings and Recommendations ("F&R") from the Magistrate Judge. The first F&R recommends denying the defense motion to revoke in forma pauperis status. See Doc. No. 23. The second F&R recommended dismissing this action without prejudice because Plaintiff failed to prosecute this action and failed to follow Local Rule 183, which requires a pro se plaintiff to notify the Court of a current address. See Doc. No. 34. No objections were filed to either the first or second F&R, and the time period for filing objections have passed. See Doc. Nos. 23, 34.

1

In accordance with the provisions of 28 U.S.C. § 636, this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court finds both F&R's are supported by the record and proper analysis. Therefore, the Court will adopt both F&R's, dismiss this case, and deny the motion to compel as moot.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated October 28, 2019 (Doc. No. 23) is ADOPTED IN FULL
2. Defendant's motion to revoke in forma pauperis status (Doc. No. 20) is DENIED;
3. The Findings and Recommendations dated May 13, 2020 (Doc. 34) is ADOPTED IN FULL;
4. The action is DISMISSED without prejudice;
5. The motion to compel (Doc. No. 33) is DENIED as moot; and
6. The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:   June 22, 2020                                        _____
                                                                                SENIOR  DISTRICT  JUDGE

2